# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mayeron, Janie S. | 2. Court or Organization<br><br>U.S. District Court-Minnesota | 3. Date of Report<br><br>04/25/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>9E U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | MacPhail Center For Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Rational Energies - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds American Balanced Fund Class F | A | Dividend | K | T | | | | | |
| 2. Lord Abbett Fundamental Equity Class A | A | Dividend | N | T | Sold (part) | 04/23/13 | J | D | |
| 3. Center Coast MLP Focus Fund Class A | B | Dividend | K | T | Buy | 04/23/13 | K | | |
| 4. | | | | | Buy | 06/17/13 | J | | |
| 5. Fiserve Inc. - Common | | None | P1 | T | | | | | |
| 6. Fiserve Inc. - Restricted | | None | M | T | | | | | |
| 7. Franklin/Templeton Global Bond Fund Class C | B | Dividend | K | T | | | | | |
| 8. Berkshire Hathaway Inc. | | None | M | T | | | | | |
| 9. Garmin Ltd Shs Chf | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 10. Pioneer Global High Yield FD CL A | D | Dividend | M | T | | | | | |
| 11. Franklin Templeton Global Bond A | D | Dividend | M | T | | | | | |
| 12. Mass Mutual Financial Group | A | Dividend | K | T | | | | | |
| 13. U.S. Bank Account | A | Interest | K | T | | | | | |
| 14. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 15. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 16. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |
| 17. Northwestern Mutual Whole Life | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual Financial Group, Group Universal Life IRA #1 | A | Dividend | J | T | | | | | |
| 19. Vanguard LifeStrategy Moderare Growth Fund | | None | M | T | | | | | |
| 20. Pioneer Global High Yield FD CL A | D | Dividend | M | T | Sold (part) | 04/23/13 | K | | |
| 21. American Funds AMCAP FD CL A | A | Dividend | M | T | Sold (part) | 04/23/13 | J | C | |
| 22. American Funds New Perspective CL A | A | Dividend | L | T | | | | | |
| 23. American Funds Capital World Growth & Income Fund Class A | B | Dividend | M | T | | | | | |
| 24. Aberdeen Asia Pacific Pacific Ex Japan Fund | A | Dividend | K | T | Buy | 04/23/13 | K | | |
| 25. American Funds American Balanced Fund Class A | B | Dividend | M | T | Sold (part) | 04/23/13 | J | B | |
| 26. Govt Natl Mtg Assn Pool 480189 | A | Interest | J | T | | | | | |
| 27. Fidelity Adv Mid Cap II- CL A | | None | M | T | Sold (part) | 04/23/13 | K | B | |
| 28. CenterCoast MLP Focus Fund Class A | C | Dividend | L | T | | | | | |
| 29. Black Rock Global Allocation Fund Inc A | A | Dividend | M | T | Buy | 04/23/13 | J | | |
| 30. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 31. UBS Bank USA Dep Acct. | A | Interest | J | T | | | | | |
| 32. Mankato MN ISD #77 Tax SR A | D | Interest | M | T | | | | | |
| 33. Metropolitan Council GO Ref Waste WTR Treatment Ser A B/E UT | B | Interest | | | Sold | 03/01/13 | L | | |
| 34. Minnesota Agric & Econ Dev Brd Rev 5.92% MBIA Fairview Hosp | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Edina Mn Indpt SD Go #273 B/E UT | B | Interest | | | Sold | 02/01/13 | L | | |
| 36. Hasting MN ISD #200 GO FSA St. Cred Prog Ref Ser-AUT B/E | B | Interest | K | T | | | | | |
| 37. Minneapolis St. Paul Mn Tax Sr A Rv | A | Interest | K | T | Buy | 05/14/13 | K | | |
| 38. Roseville Mn ISD 623 Sr B | A | Interest | M | T | Buy | 11/12/13 | M | | |
| 39. Eaton Vance Minnesota Municpal Income Fund Class L | D | Interest | | | Sold | 07/11/13 | M | | |
| 40. | D | Interest | | | Sold | 11/12/13 | M | | |
| 41. Farmington MN ISD #192 Ser A | B | Interest | | | Sold | 06/01/13 | L | | |
| 42. Farmington MN ISD #192 Ser B | B | Interest | L | T | | | | | |
| 43. Minnesota St. Higher Ed F Seven RV | C | Interest | M | T | | | | | |
| 44. Hopkins MN ISD 270 | C | Interest | M | T | | | | | |
| 45. Chisago Lakes ISD 2144 | B | Interest | M | T | | | | | |
| 46. Hennepin Cnty Minn RFDG | C | Interest | M | T | | | | | |
| 47. Orono MN ISD No. 278 | C | Interest | M | T | | | | | |
| 48. Spring Lk Pk MN SD #16 | C | Interest | L | T | | | | | |
| 49. Cloquet MN Indpt Sch SRA | B | Interest | K | T | | | | | |
| 50. Pioneer Strategic Incm CL A | C | Dividend | L | T | | | | | |
| 51. American Funds AMCAP Fd CL-A | | None | M | T | Sold (part) | 05/14/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds New Perspective CL A | B | Dividend | M | T | | | | | |
| 53. American Funds Capital World Growth & Income | C | Dividend | M | T | | | | | |
| 54. Enterprise Products Partner LP | B | Interest | K | T | | | | | |
| 55. Oneok Partnership LP | C | Dividend | L | T | | | | | |
| 56. Center Coast MLP Focus Fund Class A | D | Dividend | M | T | Buy | 06/17/13 | K | | |
| 57. | | | | | Buy | 09/24/13 | J | | |
| 58. Fidelity Adv Mid Cap II CL A | | None | M | T | Sold (part) | 05/14/13 | K | C | |
| 59. Aberdeen Asia Pacific Pacific Ex Japan Fund | A | Dividend | K | T | Buy | 05/14/13 | K | | |
| 60. Markwest Energy Partners LP Int. | C | Dividend | L | T | | | | | |
| 61. Franklin Templeton Global Bond Fund Class A | B | Dividend | K | T | | | | | |
| 62. Rose Rock Midstream LP MLP | B | Dividend | K | T | | | | | |
| 63. UBS Bank USA Dep Acct. | A | Interest | K | T | | | | | |
| 64. RMA Tax Free Fund Inc | A | Dividend | O | T | | | | | |
| 65. Tradewinds International #58 (H) | | | | | | | | | |
| 66. -Aegon NV ADR NY SHS Netherlands ADR | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 67. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 68. -Ageas Spon ADR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Agrium Inc (Canada) CAP | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 70. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 71. -Allianz SE SPR | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 72. | | | | | Sold (part) | 06/05/13 | J | A | |
| 73. -Alstom ADR | A | Dividend | J | T | | | | | |
| 74. -Alumina LTD Spon ADR | A | Dividend | | | Sold | 10/24/13 | J | | |
| 75. -Anglogold Ashanti LTD New Spon ADR | A | Dividend | | | Sold | 05/17/13 | J | | |
| 76. -Axis Capital Holdings LTD Shs | A | Dividend | J | T | | | | | |
| 77. -Banco Santander Brasil ADS (X) | A | Dividend | J | T | Buy (add'l) | 07/23/13 | J | | |
| 78. -Barrick Gold Corp Cad | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 79. -Cameco Corp Canada CAD | A | Dividend | J | T | Sold (part) | 07/16/13 | J | | |
| 80. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 81. -Carrefour SA Spon ADR | A | Dividend | J | T | Sold (part) | 10/10/13 | J | | |
| 82. -Catlin Group Spon ADR | A | Dividend | J | T | Buy | 06/24/13 | J | | |
| 83. -Centrais Eletricas Bras SA Spon ADR Rep 50 Com | A | Dividend | J | T | | | | | |
| 84. -Credit Suisse Group Spon ADR | A | Dividend | J | T | Sold (part) | 01/15/13 | J | | |
| 85. -DAI Nippon Printing Co Spon ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DAICHI Sankyo Co LTD Spon ADR | A | Dividend | J | T | | | | | |
| 87. -East Japan Railway Co ADR | A | Dividend | | | Sold | 04/22/13 | J | A | |
| 88. -Electricite De France ADR | A | Dividend | J | T | Sold (part) | 07/09/13 | J | | |
| 89. -Ericsson Sek 10 New 2002 ADR | A | Dividend | J | T | Sold (part) | 03/19/13 | J | A | |
| 90. -Finmeccanica Spa ADR | A | Dividend | J | T | Sold (part) | 10/14/13 | J | | |
| 91. -Fuji Film Holdings Corp ADR | A | Dividend | J | T | | | | | |
| 92. -Glaxo Smithkline PLC ADR | A | Dividend | J | T | | | | | |
| 93. -Gold Fields LTD Spon ADR | A | Dividend | | | Sold (part) | 02/28/13 | J | | |
| 94. | | | | | Sold (part) | 03/06/13 | J | | |
| 95. -Home Retail Group PLC Spon ADR | A | Dividend | J | T | | | | | |
| 96. -Impala Platinum Hldg Ltd. Spon | | None | | | Sold | 02/06/13 | J | A | |
| 97. -ING Group NVNL Spon ADR | | None | J | T | Sold (part) | 06/13/13 | J | A | |
| 98. -KB Finl Group Inc. Spon ADR | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 99. -Kinross Gold Corp New CAD | A | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | |
| 100. -Manpower Inc. Wis. | A | Dividend | J | T | | | | | |
| 101. -Mitsubishi Tanabe Pharma Corp Spon ADR | A | Dividend | J | T | Buy | 05/09/13 | J | | |
| 102. -Marine Harvest ASA ADR | | None | | | Sold | 01/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Mosaic Co. | | None | | | Sold | 01/11/13 | J | A | |
| 104. -MS&AD Ins Group Hldgs ADR | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 105. -Newcrest Mining LTD Spon Australia ADR | A | Dividend | | | Sold | 05/17/13 | J | | |
| 106. -Nintendo LTD ADR New Japan ADR | A | Dividend | | | Sold | 10/02/13 | J | A | |
| 107. -Nippon Teleg & Tel Corp Spon ADR | A | Dividend | J | T | | | | | |
| 108. -OAO Gazprom Level 1 ADR Program (Russia) Spon ADR | A | Dividend | J | T | | | | | |
| 109. -Panasonic Corp Spon ADR | A | Dividend | J | T | | | | | |
| 110. -Polyus Gold Intl LTD Spon GDR | | None | | | Sold | 01/15/13 | J | | |
| 111. -Rohm Co LTD ADR | A | Dividend | J | T | | | | | |
| 112. -Royal DSM NV Spon ADR | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 113. -Royal Dutch Sell PLC ADS REP STG 2 CL B | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 114. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 115. | | | | | Buy (add'l) | 02/20/13 | J | | |
| 116. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 117. -Sanofi Spon ADR | A | Dividend | J | T | | | | | |
| 118. -Sekisui House LTD Spon ADR | A | Dividend | J | T | Sold (part) | 04/09/13 | J | A | |
| 119. -Seven & I Hldgs Co LTD ADR | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Shiseido Co LTD Spons ADR Japan | A | Dividend | J | T | | | | | |
| 121. -Siemens A G Spon ADR | A | Dividend | J | T | | | | | |
| 122. -SK Telecom Co LTD ADR | A | Dividend | J | T | | | | | |
| 123. -Sumitomo Mitsui Trust Holdings Spon ADR | A | Dividend | J | T | Sold (part) | 04/09/13 | J | A | |
| 124. -Swisscom AG Spon ADR | A | Dividend | J | T | | | | | |
| 125. -Talisman Energy Inc CAD | A | Dividend | J | T | | | | | |
| 126. -Telecom Italia Spa New Repstg 10 Savings Shs Spon ADR | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 127. -Teva Pharmaceuticals Ind Ltd | A | Dividend | J | T | | | | | |
| 128. -TNT Express N V ADR | A | Dividend | J | T | Buy (add'l) | 01/27/13 | J | | |
| 129. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 130. -Toyota Motor Corp New Japan Spon ADR | A | Dividend | J | T | Sold (part) | 05/29/13 | J | A | |
| 131. -Vallouric SA Spon ADR | A | Dividend | J | T | Buy | 03/01/13 | J | | |
| 132. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 133. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 134. -Vivendi SA ADR | A | Dividend | J | T | | | | | |
| 135. -Vodaphone Group PLC New Spon ADR | A | Dividend | J | T | | | | | |
| 136. -Wacoal Holdings Corp ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Weatherford Intl Ltd Chf (X) | | None | J | T | | | | | |
| 138. -Wolters Kluwer NV Sponsored ADR Netherlands ADR | A | Dividend | J | T | Sold (part) | 03/14/13 | J | A | |
| 139. Tealwood #70 (H) | | | | | | | | | |
| 140. -Amer Tower Corp Cl A | A | Dividend | | | Sold (part) | 03/26/13 | J | B | |
| 141. | | | | | Sold | 08/07/13 | J | B | |
| 142. -Canadian Oil Sands LTD CAD | A | Dividend | J | T | | | | | |
| 143. -Conoco Phillips | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 144. -Diamond Offshore Drilling Inc | A | Dividend | | | Sold | 02/07/13 | J | A | |
| 145. -Dupont DeNemours | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 146. -Glaxo SmithKline | A | Dividend | J | T | Sold (part) | 08/21/13 | J | A | |
| 147. -HCP Inc | A | Dividend | J | T | Buy | 08/19/13 | J | | |
| 148. -Heinz NJ Co. | A | Dividend | | | Sold | 04/19/13 | J | C | |
| 149. -Johnson & Johnson Comm | A | Dividend | J | T | Buy | 01/24/13 | J | | |
| 150. -Merck & Co Inc New Com | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 151. -Meredith Corp. | A | Dividend | J | T | Sold (part) | 07/30/13 | J | B | |
| 152. -Microsoft Corp | A | Dividend | J | T | Buy | 07/26/13 | J | | |
| 153. -Norfolk Sthn Corp. | A | Dividend | | | Sold (part) | 03/08/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/20/13 | J | A | |
| 155. -Phillippine Long Distance Tel Co Spons ADR | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 156. -Sanofi Spon ADR | A | Dividend | J | T | Buy | 03/12/13 | J | | |
| 157. -Spectra Energy Corp | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 158. -Teleus Corp CAD | A | Dividend | J | T | Buy | 06/14/13 | J | | |
| 159. -Transcanada Corp (Holding Co) CAD | A | Dividend | J | T | Sold (part) | 03/26/13 | J | A | |
| 160. -Transocean Ltd Chf | | None | J | T | Buy | 11/18/13 | J | | |
| 161. -Verizon Communications Inc | A | Dividend | J | T | Sold (part) | 03/12/13 | J | B | |
| 162. -Vodafone Group PLC New Spon ADR | A | Dividend | J | T | Buy | 03/27/13 | J | | |
| 163. -Flotek Industries Inc Conv | | None | | | Sold | 02/15/13 | J | | |
| 164. -Coeur D'Alene Mines Corp NTS Conv | A | Interest | J | T | | | | | |
| 165. -Omnicare Inc. Conv. Debs | | None | J | T | | | | | |
| 166. -Sterlite Industries India Ltd. | A | Interest | J | T | | | | | |
| 167. -Brookfield Infrastructure Partners LP MLP | A | Dividend | J | T | Sold (part) | 01/22/13 | J | C | |
| 168. -Dorchester Minerals LP MLP | A | Dividend | J | T | | | | | |
| 169. -Terra Nitrogen Co LP Com Unit MLP | A | Dividend | | | Sold | 04/22/13 | J | C | |
| 170. -Scholastic Corp NTS | A | Interest | | | Sold | 05/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Leucadia Natl Corp Senior NTS | A | Interest | | | Sold | 08/15/13 | J | B | |
| 172. -AMG Cap Tr 1 Preferred | | None | J | T | | | | | |
| 173. -Bunge Limited Conv Preferred | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 174. -Forest City Enterprises Conv Preferred | A | Dividend | | | Sold | 03/11/13 | J | | |
| 175. -Dell Inc | A | Interest | J | T | Buy | 06/18/13 | J | | |
| 176. -Credit. Accep Corp Mich NTS B/E | A | Interest | J | T | Buy | 05/23/13 | J | | |
| 177. -ADT Corp NTS B/E | A | Interest | J | T | Buy | 09/26/13 | J | | |
| 178. -Unisys Corp NTS B/E | A | Interest | J | T | Buy | 04/24/13 | J | | |
| 179. -Lennar Corp NTS | A | Interest | J | T | Buy | 03/06/13 | J | | |
| 180. Tealwood #71 (H) | | | | | | | | | |
| 181. -Agnico Eagle Mines LTD Canada CAD | A | Dividend | | | Sold | 09/16/13 | J | | |
| 182. -Canadian Oil Sands Ltd CAD | A | Dividend | | | Sold | 05/01/13 | J | | |
| 183. -Cimarex Energy Co | A | Dividend | | | Sold | 12/11/13 | J | B | |
| 184. -Compania Cervecerias Unidas S A Chile Spon ADR | A | Dividend | J | T | | | | | |
| 185. -Dun & Bradstreet Corp New | A | Dividend | J | T | | | | | |
| 186. -Enhanced Oil Resources Inc. | A | Interest | | | Sold | 05/09/13 | J | | |
| 187. -Enstar Group Ltd ORD | | None | | | Sold | 06/06/13 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -EPL Oil & Gas Inc Com | | None | J | T | Buy | 05/02/13 | J | | |
| 189.  -Fair Isaac Corp | A | Dividend | J | T | Buy | 02/20/13 | J | | |
| 190.  -Fiserv Inc | | None | J | T | | | | | |
| 191.  -Fleetcor Technologies | | None | J | T | Sold (part) | 04/25/13 | J | C | |
| 192.  -Golar Lng Ltd. | | None | | | Sold | 02/28/13 | J | | |
| 193.  -IAC Interactive Corp. Idacorp Inc. | A | Dividend | J | T | | | | | |
| 194.  -ICG Group Inc Com | | None | | | Sold | 10/03/13 | J | A | |
| 195.  -Idacorp Inc (X) | A | Dividend | | | Buy | 06/27/13 | J | | |
| 196. | | | | | Sold | 07/10/13 | J | A | |
| 197.  -Integra LifeSciences Hldg | | None | J | T | Buy | 06/04/13 | J | | |
| 198.  -Janus Capital Group | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 199.  -Jazz Pharmaceuticals PLC | | None | J | T | Sold (part) | 09/11/13 | J | B | |
| 200.  -Leucadia National Corp | A | Dividend | J | T | | | | | |
| 201.  -Mine Safety Appliances Co | A | Dividend | | | Sold | 02/13/13 | J | B | |
| 202.  -Myriad Genetics Inc New | | None | J | T | Buy | 03/27/13 | J | | |
| 203. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 204.  -NASDAQ WMC Group | A | Dividend | J | T | Buy | 05/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Neustar Inc Cl A | | None | J | T | | | | | |
| 206. -Noble Corp PLC | | None | J | T | Buy | 12/10/13 | J | | |
| 207. -Northern Oil & Gas Inc (MN) | | None | J | T | | | | | |
| 208. -Portfolio Recovery Assoc Inc | | None | | | Sold (part) | 03/18/13 | J | A | |
| 209. | | | | | Sold | 05/23/13 | J | C | |
| 210. -Principal Financial Group Inc | A | Dividend | J | T | | | | | |
| 211. -Pure Cycle Corp New | | None | J | T | | | | | |
| 212. -Questcor Pharmaceuticals | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 213. -Rovi Corp Com | | None | J | T | | | | | |
| 214. -RPX Corp | | None | J | T | | | | | |
| 215. -Santarus Inc | | None | J | T | Buy | 09/09/13 | J | | |
| 216. -Tivo Inc | | None | J | T | Buy | 08/19/13 | J | | |
| 217. -Torchmark Corp | A | Dividend | J | T | | | | | |
| 218. -United Therapeutics Corp | | None | J | T | Sold (part) | 09/06/13 | J | B | |
| 219. -Vantiv Inc CL A | | None | J | T | Buy | 04/30/13 | J | | |
| 220. -Verifone Systems Inc | | None | J | T | Buy | 01/30/13 | J | | |
| 221. | | | | | Sold (part) | 05/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 223.  -Web Com Group Inc | | None | J | T | Buy | 10/02/13 | J | | |
| 224.  -Wintrust Financial Corp | A | Dividend | J | T | | | | | |
| 225.  Space Data Corp | | None | K | W | | | | | |
| 226.  Rational Energies | | None | M | T | | | | | |
| 227.  Rental Property, Mpls., MN Bought 5/30/02 for $221,500 | E | Rent | M | R | | | | | |
| 228.  American Funds | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayeron, Janie S. | 04/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1:  I ended my tenure as a director at MacPhail on August 31, 2013.

The following are explanations related to Part VII:

Lines 66-138 are reported assets under the holding account Tradewinds International #58 (H).   They were previously identified in the 2012 Report as  "NWQ International Money Manager Account (UBS 58)"

Lines 140-179 are reported assets under the holding account "Tealwood #70."

Lines 181-223 are reported assets under the holding account "Tealwood #71."

On the 2012 Report, I incorrectly listed IBM Common at Line 15.  I thought I had some IBM stock left as of 12/31/12.  I was incorrect.  The donation in September 2012 depleted the stock to zero.

On the 2012 Report, I incorrectly listed "General Motors Accep. Corp Smartnotes Book Entry" at Line 23 as part sold on 9/15/12.  It was completely sold complete on 9/15/12.

Line 65 of 2012 Report is gone.

Line 11 was listed at Line 9 of the 2012 Report as "FT Templeton Global Bond A"

Line 61 was listed at Line 62 of the 2012 Report as "FT Templeton Global Bond."

Line 77 - Banco Standards Brasil ADS was first purchased on 10/12/12.  I failed to list it in the 2012 Report.

On 2012 Report, I incorrectly listed Hachijuni Bank LTD ADR at Line 90 as part sold.  It was completely sold on 10/24/12.

On 2012 Report, I incorrectly listed Societe General France Spons ADS at Line 122 as part sold,.  It was completely sold on 2/8/12.

On 2012 Report, I incorrectly listed Transocean LTD Chf at Line 132 as part sold.  It was completely sold on 12/8/12.

Line 137 - Weatherford Intl Ltd Chf was first purchased on 8/23/12.  I failed to list it in 2012 Report.

Line 166 - Sterlite Industries India Ltd. was incorrectly listed as "Starlite Industries India Ltd" at Line 157 on the 2012 Report.

Line 195 - IdaCorp was first purchased on 6/27/12.  I failed to list it on the 2012 Report.

Line 228 - This entry has combined Lines 211 and 212 of the 2012 Report, as both investments listed at Lines 211 and 212 were all part of the American Funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janie S. Mayeron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544